# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

139513 & (31)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MICHIGAN DEFERRED PRESENTMENT
SERVICES ASSOCIATION, INC.,
   Plaintiff-Appellee,

v

KEN ROSS, in his Official Capacity,
   Defendant-Appellant.

SC: 139513
COA: 292685
Oakland CC: 2008-091732-CZ

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

_____
Clerk

1021